UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-20078-CR-GAYLES

UNITED STATES OF AMERICA,

v.

Marcelo Kochen,

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

COMES NOW **Francisco Alfonso Marty** and files this temporary appearance as counsel for the above-named defendant at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any personal surety bond which may be set.

Counsel's Signature _[signature]_

Date: 3.25.2024

Counsel's Name (Printed) Francisco A. Marty

Florida Bar Number (Required) 855251

Address 6790 Coral Way
Miami, Fl                    Zip Code: 33155

Telephone (305) 545-5282