UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20078-CR-GAYLES

UNITED STATES OF AMERICA

v.

MARCELO KOCHEN,
MICHAEL KOCHEN,
SANDRO HEREK,

    Defendants.
_____/

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL

**THIS CAUSE** came before the Court upon Defendant's Unopposed Motion to Continue Trial [ECF No. 60]. The Court has considered the Motion, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that the Motion to Continue Trial is **GRANTED**. The interests of justice served by a continuance outweigh the interests of the public and the Defendant to a speedy trial. As a result, the period of delay resulting from this continuance — *i.e.*, from the date the Motion was filed, August 30, 2024, to and including the date trial commences — is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7).

**THE ABOVE CAUSE** is hereby set for **Jury Trial** before the Honorable Darrin P. Gayles, United States District Judge, at **400 North Miami Avenue, Courtroom 11-1, Miami, Florida,** during the two-week trial period that begins on **March 10, 2025.** A calendar call will be held on **Wednesday March 5, 2025, at 9:30 a.m. Defendants are not required to appear for Calendar Call.** Counsel may appear via telephone at Calendar Call. Counsel shall enter their appearances

telephonically using the following dial-in information: Dial-in Number **305-990-2559**; **ID; 374050271**. Please dial in at least ten minutes before the Telephonic Calendar Call begins.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 4, 2024.

_____
**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record