UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 24-cr-20078-GAYLES/GOODMAN

UNITED STATES OF AMERICA

vs.

MARCELO KOCHEN,
MICHAEL KOCHEN, and
SANDRO HEREK,

        Defendants.
_____/

## ORDER

**THIS CAUSE** having come before the Court on Defendants Marcelo and Michael Kochen's ("the Kochens") Unopposed Motion to Continue James Hearing [ECF No. 196].

**THE COURT** has reviewed the motion and is otherwise fully advised in the premises. Based thereon, it is hereby:

**ORDERED** that Defendants Marcelo and Michael Kochen's ("the Kochens") Unopposed Motion to Continue James Hearing [ECF No. 196] is **DENIED**. The *James* hearing set for Friday September 26, 2025, will proceed as scheduled. The Government will proffer the evidence establishing the defendants' furtherance of the conspiracy that it seeks to admit under Fed. R. of Evid. 801(d)(2)(E). See *United States v. James*, 590 F.2d 575 (5th Cir. 1979). Defendants Michael Kochen and Sandro Herek may then present argument regarding same. Counsel for Defendant Marcelo Kochen may also present argument at the scheduled hearing. Alternatively, the Court will entertain argument for Marcelo Kochen at another time to be determined prior to trial.

**DONE AND ORDERED** in Miami, Florida, this 24th day of September 2025.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record