UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 24-cr-20078-GAYLES/GOODMAN

UNITED STATES OF AMERICA

vs.

MARCELO KOCHEN,
MICHAEL KOCHEN, and
SANDRO HEREK,

     **Defendants.**
_____/

## ORDER

**THIS CAUSE** having come before the Court on the Government's Motion to Continue Trial and Request for Status Conference [ECF No. 198].

**THE COURT** has reviewed the motion and is otherwise fully advised in the premises. Based thereon, it is hereby:

**ORDERED** that the Government's Motion to Continue Trial and Request for Status Conference [ECF No. 198] is **DENIED in part**. The Motion to continue the *James* hearing set for Friday September 26, 2025, is denied. All other relief requested in the Government's motion will be discussed immediately after the *James* hearing.

**DONE AND ORDERED** in Miami, Florida, this 25th day of September 2025.

                                                                                   s/Donad L. Graham
                                                                                    DONALD L. GRAHAM
                                                                                    UNITED STATES DISTRICT JUDGE

cc: Counsel of Record